UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

ANTHONY JOHN MARTIN and　　　　　　　　CASE NO. 12-04578-8-SWH
VALERIE ANN MARTIN　　　　　　　　　　　CHAPTER 13

DEBTORS.

### TRUSTEE'S MOTION TO VACATE DISCHARGE OF DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

COMES NOW Joseph A. Bledsoe, III, Chapter 13 Trustee, by and through Staff Attorney Thomas Hooper, pursuant to Federal Rule of Civil Procedure 60(b)(6), made applicable to the instant proceeding by Federal Rule of Bankruptcy Procedure 9024, and moves this honorable court to vacate its Order styled Discharge of Debtors After Completion of Chapter 13 Plan entered 10/24/2014 (Ct. Doc. #32). In support thereof, the Trustee has contemporaneously filed a Memorandum of Law.

WHEREFORE, the Trustee respectfully requests that this Court GRANT the instant Motion and vacate its Order styled Discharge of Debtor After Completion of Chapter 13 Plan, and for any other relief the court deems just and proper under the circumstances.

Dated:  24 October 2019

　　　　　　　　　　　　　　　　　　　　s/Joseph A. Bledsoe, III
　　　　　　　　　　　　　　　　　　　　JOSEPH A. BLEDSOE, III
　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 19817
　　　　　　　　　　　　　　　　　　　　s/Thomas H. Hooper
　　　　　　　　　　　　　　　　　　　　Thomas Hooper
　　　　　　　　　　　　　　　　　　　　Staff Attorney, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 38919
　　　　　　　　　　　　　　　　　　　　Post Office Box 1618
　　　　　　　　　　　　　　　　　　　　New Bern, North Carolina 28563-1618
　　　　　　　　　　　　　　　　　　　　(252) 637-0074

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

| | |
|---|---|
| **ANTHONY JOHN MARTIN** and | **CASE NO. 12-04578-8-SWH** |
| **VALERIE ANN MARTIN** | **CHAPTER 13** |

**DEBTORS.**

## NOTICE OF TRUSTEE'S MOTION

The Chapter 13 Trustee has filed papers with the Court requesting to vacate a prior order of the court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **November 12, 2019**, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: **Clerk, U.S. Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602.**

If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to: **Joseph A. Bledsoe, III, Chapter 13 Trustee, Post Office Box 1618, New Bern, NC 28563-1618.**

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  October 24, 2019         s/Thomas Hooper
                                 THOMAS H. HOOPER
                                 Staff Attorney, Chapter 13 Trustee
                                 N.C. State Bar No. 38919
                                 Post Office Box 1618
                                 New Bern, NC  28563-1618
                                 (252) 633-0074

## **CERTIFICATE OF SERVICE**

I, Thomas Hooper, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S MOTION TO VACATE DISCHARGE OF DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

    Meredith P. Ezzell                                 (via cm/ecf)
    Attorney for Debtors

    Anthony and Valerie Martin                 (via first-class mail)
    7802 Trap Way
    Wilmington, NC 28412

    All creditors on the attached mailing matrix.

DATED: October 24, 2019

                                                                      /s/ Thomas Hooper
                                                                      Thomas Hooper

```
Label Matrix for local noticing          ACS/College Loan Corp.                   Associated Recovery Systems
0417-8                                    P O Box 7051                             P O Box 463023
Case 12-04578-8-SWH                       Utica, NY 13504-7051                     Escondido, CA 92046-3023
Eastern District of North Carolina
Wilson
Thu Oct 24 09:28:10 EDT 2019

Azurea I, LLC                             BACK BOWL I LLC, SERIES C                BB&T Bankruptcy Section
c/o Weinstein & Riley, P.S.               C O WEINSTEIN AND RILEY, PS              PO Box 1847
2001 Western Ave., Ste. 400               2001 WESTERN AVENUE, STE 400             Wilson, NC 27894-1847
Seattle, WA 98121-3132                    SEATTLE, WA 98121-3132


BB&T Loan Services                        (p)BANK OF AMERICA                       Bank of America Home Loans
P.O. Box 2306                             PO BOX 982238                            Attn:  Customer Service
Wilson, NC 27894-2306                     EL PASO TX 79998-2238                    P O Box 5170
                                                                                   Simi Valley, CA 93062-5170


Bank of America, N.A.                     Bank of America, N.A.                    (p)BANKRUPTCY ADMINISTRATOR EDNC
7105 Corporate Drive                      Mail Stop: PTX-B36                       434 FAYETTEVILLE STREET
Plano, TX 75024-4100                      Dallas, TX 75266                         SUITE 640
                                                                                   RALEIGH NC 27601-1888


Alane A. Becket                           Bernhardt and Strawser, PA               Joseph A. Bledsoe III
Becket & Lee LLP                          5821 Fairview Road                       PO Box 1618
16 General Warren Blvd.                   Suite 100                                New Bern, NC 28563-1618
PO Box 3001                               Charlotte, NC 28209-3829
Malvern, PA 19355-0701


William Ellis Boyle                       Capital One                              Capital One, N.A.
Knott & Boyle                             P.O. Box 30285                           c o Becket and Lee LLP
4800 Six Forks Road                       Salt Lake City, UT 84130-0285            POB 3001
Raleigh, NC 27609-0053                                                             Malvern, PA 19355-0701


Chase Bank One Card Services              Citi                                     Meredith P. Ezzell
P.O. Box 15298                            PO Box 6500                              The Bankruptcy Center
Wilmington, DE 19850-5298                 Sioux Falls, SD 57117-6500               4004 Oleander Drive, Suite 102
                                                                                   Wilmington, NC 28403-6807


FIA Card Services NA                      Fia Card Services, NA As Successor In Intere   (p)INTERNAL REVENUE SERVICE
POB 3001                                  c/o Weinstein & Riley, P.S.              CENTRALIZED INSOLVENCY OPERATIONS
Malvern, PA 19355-0701                    2001 Western Ave., Ste. 400              PO BOX 7346
                                          Seattle, WA 98121-3132                   PHILADELPHIA PA 19101-7346


Internal Revenue Service                  Neil D. Jonas                            Kohl's
Centralized Insolvency Operation          Brock & Scott, PLLC                      P.O. Box 3043
P.O. Box 7346                             8757 Red Oak Blvd, Suite 150             Milwaukee, WI 53201-3043
Philadelphia, PA 19101-7346               Charlotte, NC 28217-3977


Anthony John Martin                       Valerie Ann Martin                       NC Department of Revenue
7802 Trap Way                             7802 Trap Way                            Bankruptcy Unit
Wilmington, NC 28412-3449                 Wilmington, NC 28412-3449                P.O. Box 1168
                                                                                   Raleigh, NC 27602-1168
```

| | | |
|---|---|---|
| Northstar Location Services<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Smith Debnam, LLP<br>Attorneys at Law<br>P.O. Box 26268<br>Raleigh, NC 27611-6268 |
| Melissa E. Swaby<br>Brock and Scott, PLLC<br>8757 Red Oak Blvd., Suite 150<br>Charlotte, NC 28217-3977 | US Bank Nat'l/Brazos on behalf of Unite<br>Student Aid Funds.<br>Attn : Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Bankruptcy Administrator<br>1760-B Parkwood Blvd.<br>Wilson, NC 27893 | (d)FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| (d)FIA Card Services<br>PO Box 982235<br>El Paso, TX 79998 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (d)Bank of America, N.A.<br>Mail Stop: PTX-B36<br>Dallas, TX 75266 | (d)Joseph A. Bledsoe III<br>PO Box 1618<br>New Bern, NC 28563-1618 |
| (u)Internal Revenue Service | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     4<br>Total                  38 | |