United States Bankruptcy Court
Eastern District of NC
Wilmington Division

**FILED**

DEC 1 8 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Dear Sir,

    I am writing this letter in regards to Case No. 12-40578-8 SWH, Chapter 13. We were granted an extension to 12/27/2019 because we couldn't get ahold of our lawyer, Meredith P. Ezzell.

    Finding new representation hasn't been easy. We contacted numerous firms around Wilmington and were told that they couldn't take our case on or that we had to go back with Meredith P. Ezzell.

    We have finally obtained new counsel, Attorney Chris Vonderau, LLC but the first appointment wasn't available till 1/7/2019 at 2 pm. We ask that the court kindly grant us a little more time past 12/27/2019 so that, with the assistance of legal counsel, we can properly respond to the trustee's motion to set aside the discharge.

Sincerely yours,

*[signature]*

Anthony John Martin