

**SO ORDERED.**

**SIGNED this 3 day of January, 2020.**

_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

**IN RE:**                                                  **CASE NO.:**

**Anthony John Martin**                            **12-04578-8-SWH**
**Valerie Ann Martin**

**DEBTORS**                                            **CHAPTER 13**

# O R D E R

This matter comes on to be heard upon the debtors' second motion for extension of time to obtain new counsel for responding to trustee's motion to set aside discharge.

The court finds good cause to allow the motion; therefore, the debtors shall have until January 7, 2020, to obtain new counsel and respond to the trustee's motion to set aside discharge.

End of Document